```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION

JAMES SHEPHERD, et al.        §
                              §
VS.                           §   ACTION No. 4:23-CV-826-Y
                              §
MICHAEL REGAN, et al.         §
```

## NOTICE OF RECUSAL

The undersigned judge, having assumed senior status, desires to have this case re-assigned to an active-status judge. The clerk of Court is therefore **DIRECTED** to re-assign this case by random draw to another judge.

SIGNED August 9, 2023.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

RECUSAL NOTICE - PAGE SOLO