**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JAMES SHEPHERD,** | § | |
| **Trustee for the James B. Shepherd Trust, and** | § | |
| **NEW MILLENNIUM CONCEPTS, LTD.,** | § | **CIVIL CAUSE NO.** |
| **Plaintiffs,** | § | **4:23-cv-826** |
| | § | |
| **v.** | § | |
| | § | |
| **ENVIRONMENTAL PROTECTION AGENCY,** | § | |
| **MICHAEL S. REGAN, Administrator, CHRISTINE** | § | |
| **TOKARZ, DAVID COBB, CAROL KEMKER, and** | § | **JURY TRIAL DEMANDED** |
| **KERIEMA NEWMAN, in their personal capacities** | § | |
| **Defendants.** | § | |

## PLAINTIFFS' CERTIFICATE OF SERVICE

Pursuant to the Court's Order (Doc. No. 6), the undersigned certifies that said order was emailed to the following parties at the listed email addresses on August 10, 2023:

Michael Regan, Administrator of the EPA, regan.michael@epa.gov

Christine Tokarz, FIFRA Inspector, EPA, Region 8, tokarz.christine@epa.gov

David Cobb, Section Supervisor, Region 8, cobb.david@epa.gov

Carol Kemker, Region 4, kemker.carol@epa.gov

Keriema Newman, newman.keriema@epa.gov

James McGuire, Office of Regional Counsel (Texas), Mcguire.James@epa.gov

Alexandrea Roland, Assistant Regional Counsel, roland.alexandrea@epa.gov

Respectfully submitted,

*/s/Warren V. Norred*
Warren V. Norred
**Norred Law, PLLC**
Texas Bar Number: 24045094
warren@norredlaw.com
515 E. Border St., Arlington, TX 76010
(817) 704-3984 (Office)
(817) 524-6686 (Fax)
*Counsel for Plaintiffs*