## DECLARATION OF JAMES "JIM" SHEPHERD

I declare under penalty of perjury that the proceeding statements are true and correct. My name is James "Jim" B. Shepherd. I have written this declaration in support of the Reply in support of the First Amended Complaint filed in cause 4:23-cv-826 against the Environmental Protection Agency ("Complaint") and request for injunctive relief. This fourth declaration is provided as additional testimony that I would offer during an injunction hearing that has only recently become available, and relevant with respect to the response filed by the EPA (Doc. 17 and 18).

1.      I have attached a number of statements compiled from dealers that I offer as a compilation of survey responses in lieu of individual declarations that I have collected. While I recognize that the individual responses may include hearsay, I offer them as support for my testimony in that I have come to understand in communications with many dealers that they are suffering loss of business that is a direct result of the EPA's stop orders, and I have recognized a feeling of desperation of many of them, which I know because I know that Berkey filters are a substantial part of their businesses. These survey responses are attached as an exhibit to this declaration.

2.      To give some detailed numbers of the loss, last year, Berkey International made 16 million dollars more than this year during the period that the SSURO has been in force, and the difference is that we no longer are able to manufacture Berky filter systems. We will not be able to use the same set of skilled workers that Berkey Int'l has been using, because Berkey Int'l is in Puerto Rico, and when we have to close its doors, no one associated with that enterprise will be allowed to come back and operate under the same conditions, this is because Berkey Int'l has a contractual obligation to keep a certain number of jobs going, and right now it has failed to do that. An injunction by this Court would resolve that issue.

3.      The survey responses that I have compiled and described above were collected by an employee that I directly oversee over the last week or two. I do seek input from my sales channels from time to time, and when I do, these documents kept in the ordinary course of

business until they are no longer relevant. I can attest to these documents as a custodian of records for Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 5, 2023,

JAMES "JIM" B. SHEPHERD

| Entry Date | Berkey Dealer Entry Id | Time as Berkey Dealer? | Increase in canceled orders specifically resulting from the EPA situation? | Without access to Berkey products, will the future of your business be in jeopardy? | Has the situation with the EPA and the changes in our messaging caused more confusion for consumers between authentic Berkey products and counterfeit and/or look-a-like "replacement for" Berkey products? |
|---|---|---|---|---|---|
| 9/4/2023 22:58 | 26253 | 18 Years | Yes | Yes | Yes |
| 9/4/2023 21:26 | 26251 | 13 years | No | No | No |
| 9/4/2023 18:34 | 26250 | 9 years | Yes | Yes | Yes |
| 9/4/2023 16:24 | 26249 | 10 years | Yes | Yes | Yes |
| 9/4/2023 15:13 | 26247 | 10 years | Yes | Yes | Yes |
| 9/4/2023 8:12 | 26242 | 4 years | Yes | Yes | Yes |
| 9/4/2023 5:15 | 26241 | 8 Years | Yes | Yes | Yes |
| 9/4/2023 2:53 | 26237 | 10 Years | No | Yes | Yes |
| 9/3/2023 21:36 | 26235 | 7 Years | Yes | Yes | Yes |
| 9/3/2023 20:56 | 26234 | 6 years | Yes | Yes | Yes |
| 9/3/2023 18:24 | 26231 | 5 years + | Yes | Yes | Yes |
| 9/3/2023 10:20 | 26222 | 6 Years | No | Yes | Yes |
| 9/3/2023 9:58 | 26221 | 4 years | Yes | Yes | Yes |
| 9/3/2023 0:20 | 26216 | 15 years | Yes | Yes | Yes |
| 9/1/2023 20:02 | 26200 | 15years | Yes | Yes | Yes |
| 9/1/2023 16:40 | 26196 | 7 + years | Yes | Yes | Yes |
| 8/31/2023 12:50 | 26188 | 10 years | Yes | Yes | Yes |
| 9/1/2023 12:50 | 26179 | 9 years | Yes | Yes | Yes |
| 9/1/2023 11:49 | 26173 | 13 Years | Yes | Yes | Yes |
| 9/1/2023 11:44 | 26172 | 9 Years | Yes | Yes | Yes |
| 9/1/2023 11:12 | 26171 | 8 Years | Yes | Yes | Yes |
| 9/1/2023 11:09 | 26170 | 1 year | Yes | Yes | Yes |
| 9/1/2023 10:53 | 26169 | 13 years | Yes | Yes | Yes |
| 9/1/2023 10:33 | 26167 | 15 years | Yes | Yes | Yes |
| 9/1/2023 8:26 | 26163 | 7 years | Yes | Yes | Yes |
| 9/1/2023 4:16 | 26161 | 12 years | Yes | Yes | Yes |

| | | | | | |
|---|---|---|---|---|---|
| 9/1/2023 3:38 | 26159 | 2 years | Yes | Yes | Yes |
| 9/1/2023 3:30 | 26158 | 5 years | No | Yes | Yes |
| 9/1/2023 2:32 | 26157 | 8 years | Yes | Yes | Yes |
| 9/1/2023 0:36 | 26156 | 20 years | Yes | Yes | Yes |
| 8/31/2023 19:06 | 26151 | 2019 | Yes | Yes | Yes |
| 8/31/2023 17:16 | 26150 | 7 years | Yes | Yes | Yes |
| 8/31/2023 16:46 | 26149 | 6 years | No | Yes | Yes |
| 8/31/2023 15:52 | 26148 | 4 years | Yes | Yes | Yes |
| 8/31/2023 15:45 | 26147 | 7 years | No | Yes | Yes |
| 8/31/2023 15:26 | 26145 | 10 years + | Yes | Yes | Yes |
| 8/31/2023 15:10 | 26144 | 1 year | Yes | Yes | Yes |
| 8/31/2023 14:47 | 26143 | 8 years | Yes | Yes | Yes |
| 8/31/2023 14:32 | 26142 | 10 Years | Yes | Yes | Yes |
| 8/31/2023 14:15 | 26139 | 16 Years | Yes | Yes | Yes |
| 8/31/2023 14:09 | 26138 | 3 years | Yes | Yes | Yes |
| 8/31/2023 14:05 | 26137 | 5 years | Yes | No | Yes |
| 8/31/2023 14:04 | 26136 | 4 years | Yes | Yes | Yes |
| 8/31/2023 14:00 | 26135 | 5 Years | Yes | Yes | Yes |
| 8/31/2023 13:48 | 26134 | 6 years | Yes | Yes | Yes |
| 8/31/2023 13:38 | 26133 | 3+ years | Yes | Yes | Yes |

| Berkey Dealer Entry Id | DEALER TESTIMONY (How our dealers are affected- form submissions - Aug 31-Sept 4 2023) |
|---|---|
| 26253 | We have offered the Berkey products for almost 2 decades, dedicating years of our lives to offering Berkey water filters. Many families we employ rely on the future of our business and the actions of the EPA has hindered our ability to offer Berkey products moving forward. We have served over 1.5 million customers in the last 2 decades, with less than .5 percent of the people having a bad experience. We have talked with countless family and individuals who are grateful they had their Berkey is every day life and in emergencies. It brought them peace of mind and we are grateful to provide that service. |
| | The expansion of the EPA rules are arbitrary by employees who care nothing more than to ruin small businesses and not help them get into compliance with edicts that are not easily understood. |
| | |
| | Many people are confused by the EPA's heavy hand on Berkey International, as the claims being made were verified in independent labs, many of them EPA certified. No warning is given by the EPA, just enforcement with very little accountability on their end. Many of the Berkey products would be unavailable if the injunction on the unjust stop orders by the EPA are not stayed while the case is adjudicated. |
| | |
| | Our business and the families we support will suffer irreparable harm for the foreseeable future as we will have to start laying off employees because of not being able to offer products we have offered for almost 2 decades. |
| | |
| | The actions by the EPA were not done in good faith, and are seen as retaliatory in nature and the Stop order should have an injunction put against it while this is adjudicated. |
| 26251 | Our customers have always been very happy with Berkey products. We're a family-owned company and our family uses the Berkey purifiers ourselves so we definitely believe in their effectiveness and safety. We know that if Berkey products were unavailable in the future our customers would be very disappointed and frustrated. |
| 26250 | This is incredibly frustrating that the government is creating one more ridiculous hardship for people and companies. I've been using these filters for years. I rely on them for my well-being. I also rely on them as a source of income and I feel good as a health coach that my clients are making moves toward better health when they buy these filters! |
| | |
| | I recently had a vendor table at a market and immediately people asked me about these actions and what's going on! How will I be able to sell these highly valuable products now that the EPA has created doubt and suspicion in the minds of consumers? |
| | |
| | A formal apology and withdrawal should be made by the EPA addressing the public. |

| | |
|---|---|
| 26249 | Berkey products have been the core of water filtration and well-being business for over 10 years. Our customers come from all over Australia and most have to treat their drinking water to remove contaminants. The current EPA stance is unbelievable and totally unnecessary. Our sales have dropped, Products are being returned, and we are receiving numerous phone calls from worried customers seeking answers. Financially it is affecting our business.<br><br>Many of our customers have health issues and need clean water to avoid further illness. Berkey is recommended by many health professionals as the best water filtration system available to do this,<br><br>Personally my family and I live on tank water and we need to filter our water to remove the contaminants that fall on the roof (bird and bat droppings, dust,  leeching of tree leaves, etc)  Berkey filters do this day in and day out, with little labour and no additional cost (power, etc)<br><br>How the EPA could single Berkey out as selling a 'pesticide device' is completely unreasonable and this must cease immediately.  Has the EPA provided any evidence that anyone has been harmed by drinking water from a Berkey filter?  Probably not!<br><br>The EPA is affecting the 'American Made' reputation of Berkey and harming their business.<br><br>An injunction to halt the EPA's actions and lift the SSUROs is not only necessary but is the right thing to do! |
| 26247 | We have been selling Berkey Water Filters for over 10 years now and have a loyal base of customers who love the Berkey systems. Here are some example of what our customers are saying about Berkey<br><br>"We have tried several different water filtration systems over the years, but the Big Berkey System is by far the best. The water tastes great and we love that it's made of stainless steel. It's also very easy to assemble and use. Thanks for a great product- Sarah"<br><br>"I've been using the Big Berkey System for over a year now and I'm extremely happy with my purchase. The water tastes great and the system is very easy to use and maintain. I highly recommend it - John"<br><br>There are many more like these over the years. Our customers try several products and come to Berkey for its convenience, quality and service and our customers are very informed they test, evaluate and then decide.<br><br>If product becomes unavailable customers will be forced to chose a cheaper alternative that may or may not follow the guidelines and testing that Berkey follows.<br><br>Berkey contributes significant revenues to our business and we will have to make drastic cuts if situation does not improve.<br><br>Please consider. |

26242

**To the competent authority,**

**I am writing to inform you of the critical situation our company is currently facing as a result of the current decision concerning Berkey water filters. We ask for your sympathy and understanding, as the impact of this decision on our company will be devastating in many ways.**

**Our company has been dependent on the Berkey network for 4 years. Over this time, we have built our reputation as a reliable and trusted supplier of Berkey water purifiers, and have become the leading distributor of these essential products in the Swiss market. This has been made possible by heavy financial investment and the commitment of our staff to meet the ever-increasing demand from our customers.**

**One of the reasons our company is so closely linked with Berkey water filters is that many customers depend on these products for critical health reasons, or because they lack access to reliable drinking water. These customers rely on us to provide them with reliable, high-quality water purification solutions. Over the years, we have reassured our customers by guaranteeing a steady supply of Berkey filters**
**filters for years to come.**

**If the current judge's ruling were to call into question the compliance of Berkey water filters, it would have a catastrophic impact on our company and our customers. Here are some of the reasons why this would be detrimental:**

**Loss of customer confidence: Our customers have complete confidence in Berkey water filters and in our company. We have a huge number of customers who tell their family and friends about our brand because they are convinced of the purifier's reliability. It's a real referral system that's been set up without us having to set it up. If the judge's decision calls into question the quality or conformity of these products, our customers will lose confidence in us and in our ability to serve them.**

**Substantial investments: We have invested substantial financial resources to expand our Berkey product range, modernize our facilities and improve our logistics. In fact, we have set up a showroom in Switzerland and another in Belgium (LiÃ¨ge), where we welcome our customers on site for special advice prior to the sale. The considerable effort required to undertake such an undertaking demanded a very substantial financial investment. Indeed, a large part of our profits have been used to expand our network. An unfavorable decision could wipe out these investments for good. Finally, we're taking part in upcoming trade shows as a sponsor, and we've spent a lot of money to increase our visibility in the market through events. We've been committed for many months, and we're going to have a serious problem if we can't keep up with demand due to lack of stock.**

**Commitment to staff: We have hired and trained additional staff to cope with the growing demand for Berkey filters. An unfavorable decision could force us to reduce our workforce, with considerable social and economic repercussions.**

**Product inventory: We currently have 150k worth of Berkey filters in stock which we would not be able to sell if the judge's decision were confirmed. This represents a major financial loss for our company. What's more, our stock is about to run out and we can't place any more orders. This poses a major replenishment concern for our customers and especially for upcoming trade shows where we need greater volume to meet demand.**

**Vital service for our customers: Our customers depend on these filters for their supply of safe drinking water. An interruption in our ability to supply these products could have serious consequences for the health and well-being of our customers. Indeed, a significant number of our customers have noticed a degradation of water in our Western societies, affecting their constitutions (stomach aches, skin**

problems, etc.). Since putting their trust in Berkey, they no longer have these problems, and we've won their loyalty over the long term. That's why we've also formed partnerships with a large number of health specialists.

It's also worth noting that Black Berkey filters have been on the market for over 20 years, a testament to their effectiveness and compliance with quality standards. Our customers have chosen these products with confidence, and they have never been disappointed in terms of quality and performance. We understand that the judge's decision is intended to ensure consumer safety, but we wish to emphasize that Berkey water filters have always been the product of choice for water purification.

We urge you to consider the economic and social consequences of your decision on our company, our employees and our customers. We are prepared to provide all the information and evidence necessary to demonstrate the veracity of the information provided above.

We thank you for your attention to this crucial matter, and sincerely hope that you will take into account the interests of all parties concerned before making your final decision.

Yours sincerely

| | |
|---|---|
| 26241 | Berkey has been an integral part of our healthy lifestyle oriented products portfolio since 2016 and over the years its popularity has grown so much that in the year of 2022 it became the No. 1 bestselling item of all the multiple famous global brands we represent.<br><br>The end consumers love above all the ingenious systems that combines ultimate efficiency and unprecedented simplicity of use. No need of expert instalation nor dependency on electricity. Simply "fill and use".<br><br>Recent EPA's actions impact our business by causeless shaking end consumers' trust in Berkey brand and creating false appearance of "importance and universal truth" due to "institutional power" of EPA. There is no doubt about importance of EPA and its activites, yet with the power there must always come responsibility and seamless processes that do not allow misinterpretations, uneven aproach and unreasonable actions.<br><br>As stated, thanks to the importance of Berkey brand for our company's business and overall credibility, unavailability of Berkey products, that is unavoidable without fast injunction of the judge, will endanger our financial stability and undermine many years of efforts and honest builing of our position of trust. Not mentioning the most important fact - leaving the new end consumers without any chance of Berkey systems supplies and existing ones without necessary support.<br><br>As Berkey has proved to be a unique and absolutely harmless product, we do not see any risk for any possible party in coherence with injunction. Vice versa - withtout injunction the risks of "loss and harm" in many aspects enganger so many subjects (both businesses and all types of consumers from households to offices or other institutions) that we see no other possibility for the judge than to grant injunction under any circumstances. |
| 26237 | I have been selling Berkey systems for 10 years in South Africa. It is the main income source for my company and employees. These systems provide clean and safe drinking water for thousands of customers in South Africa, who rely on a regular supply of Berkey replacement filters.<br><br>The expansion of rules and re-interpretations of FIFRA by the EPA will be very detrimental to my business as well as customers who rely on the Berkey products to purify water that is in many cases unsuitable to drink due to deteriorating water infrastructure in South Africa.<br><br>The circumstances created by the EPA actions have led to confusion among customers and may have affected the brand's reputation due to the removal of claims and content regarding the system's performance.<br><br>If the judge does not grant an injunction, the potential negative impact could include further damage to the brand's reputation, reduced sales, and potentially the unavailability of Berkey products, affecting both the business and customers who rely on them. This could lead to business close downs, employees losing their jobs and negative health and safety consequences for those who depend on Berkey systems in South Africa, where clean drinking water is not always readily available.<br><br>The EPA's actions have the potential to cause substantial damage, financial or otherwise. |

26235

Your honor,

We have been selling Berkey filters provided by NMCL Ltd for over 7+ years now and have served thousands of customers in the Canadian & American region. Since we have been selling Berkey filters, customers have always shared their positive reviews and experiences with Berkey products. Everyone says that they love their Berkey filters and that the products sold by NMCL Ltd have changed their lives in a positive manner.

Ever since NMCL Ltd has had troubles with the EPA, the shortage of Berkey products being available from NMCL Ltd has caused a negative effect to our business, and to the thousands of other businesses which sell Berkey filters all over the world to loyal customers. If this issue is not fixed â€" many small businesses are on the brink of closure and everyone will lose their jobs.

Sales have declined by over 75% because products are not available. Customers are constantly asking when the Berkey filters will be available again for purchase and many have mentioned that this has negatively impacted their lives. All customers are patiently waiting and praying that the Berkey filters will be ready to purchase again. Berkey filters are not only the best filters on the market, they are also the most cost-effective filters on the market. The EPAâ€™s actions have negatively effected thousands of businesses around the world and lots of employees have been laid off.

Your honor, we urge and pray to have this problem solved and that you allow NMCL Ltd to continue to manufacturer and supply their amazing Berkey filters to dealers worldwide.

26234

Your Honor,

Please consider the following points in deciding whether to grant an injunction in the Berkey vs. EPA case.

We have been a Berkey dealer since 2018. In marketing Berkey products, we analyze customer feedback and inquiries. This allows us to report consumer perception of the brand, including satisfaction levels from long term usage. After 6 years and nearly 40,000 Berkey customers, we probably have a representative sample of the value that Berkey provides to consumers.

The overwhelming majority of Berkey customers:
1- Are happy to switch to a water filter from other sources of potable water, because it is more convenient and more environmentally friendly - especially when compared to plastic water bottles;
2- Prefer the gravity-fed water filters, as the sweet spot between cost, ease of maintenance, and performance;
3- Trust the Berkey brand the most because of its long term track record of providing reliably cleaner water than other options. Many new customers come to the brand by offline word of mouth.

The supply chain disruptions of 2020-2022 have shown further how much the brand is worth to consumers. During that time, we received countless spontaneous requests from eager consumers inquiring about product availability.

Consumers love Berkey.

As a small business, we are not specialized in selling Berkey products or even water filters. But, after having represented many brands, we have chosen Berkey sales as the primary/predominant source of our revenue because the people at NMCL truly care about providing value to all stakeholders: dealers, consumers, etc.

Notably, we spend more than a third of our Berkey sales on purchasing services, many of which are provided by other small businesses or independent contractors.

If Berkey products were to become unavailable, we would instantly lose most of our revenue. Then, we would need to go through a long process of replacing the lost revenue, during which we would be more vulnerable to failure as we are testing unproven options. Our service providers would equally lose the related stream of business.

We hope this information is useful to you.

Best regards.

| 26231 | My business has been selling solely Berkey Water Filter products for the last 5 years now and if Berkey products become no longer available, I will have NO business left to run and earn a living. I have hundreds of happy customers whom tell me how much they love their Berkey Water Filters. These people need their Berkeys to clean the water as many live on farms and remote blocks that do not have fresh clean water readily available. |
|---|---|
| | I am blown away as how anyone  can see Berkey black filters as having negative health affects. I am also perplexed as what benefit removing a product from the market that only provides positive healthy results can have. It is madness!! |
| | My sales have dropped dramatically of late with the negativity caused by the EPA's actions. However, I have so many loyal customers whom rely on my business(and Berkey NMCL)  to supply them with replacement filter. These amazing customers have spent their hard earned dollars purchasing their Berkey Systems to benefit their health and not only that, but they have also spent a huge amount of time researching the best filter on the market to meet their needs prior to choosing the Berkey System. |
| | Please see sense in this decision based solely on health benefits and nothing else! |
| | God Bless! |
| | |
| 26222 | Dear Judge, |
| | The unfounded action taken by the EPA against New Millenium Concepts (NMC) regarding their outstanding Berkey water treatment system puts the lives of many Americans at stake, as well as the livelihood of NMC and second-party vendor employees. |
| | |
| | Berkey Systems have been in our lives for a number of years, both for our own personal use and as a staple of our preparedness business.  I also know many people who consider such systems as an essential staple of their lives. |
| | |
| | The Environmental Protection Agency in this case has once again demonstrated the propensity of a federal agency to expand its reach into an area where it has no business.  If the EPA would just focus its energy on its core, the impact of the "Environment" on the General Welfare, Americans would be a lot better off. |
| | |
| | If the EPA persists in this egregious behavior, rather than improving the "Environment" for Americans, they will have wrought a path of destruction beyond compare.  Americans must be able to take care of themselves, especially when doing so makes them less reliant on Federal Agencies. |
| | |
| | Why is a system that only helps individuals and families, without harming any other individuals or families, being targeted for destruction by a Federal Agency?  Clearly the answer lies in the nature of the organization itself.  It is yet another attempt to usurp the authority and independence of the American Citizen. |
| | |
| | For this reason at least, I implore you to immediately issue an injunction against the EPA to allow the aggrieved parties to assemble the facts in the matter.  I am convinced that you will be amazed to such an extent by the defendant in this case that you will want a Berkey System for your own use. |
| | |
| | If you, as a bulwark against a tyrannical government agency, do not take such immediate action, many American lives will be irreparably harmed by not having a viable alternate to their beloved Berkey Systems.  The cost will be be significant, both financially and as a health risk. |
| | |
| | Thank you, judge, for your esteemed consideration in this matter and your willingness to do the right thing for the American people. |
| | |
| | Sincerely, |

26221

We've been selling Berkey® water purifiers in France and throughout Europe for over 4 years now. These devices are exceptionally effective, not only removing residual pollutants from tap water but also making it safe to drink for thousands of people who have no access to clean water, whether at home or on the move.

None of our customers has ever complained about this device, nor suffered the slightest inconvenience when using it. On the contrary, many of our customers have expressed their satisfaction by sending us their post-filtration water analyses to confirm the effectiveness of their Berkey® system. Berkey®'s mission is to make water safe and drinkable, whatever the conditions of use, while making real savings by not buying any more bottled water and avoiding the purchase and disposal of millions of plastic bottles, the environmental cost of which we now know.

This system, which is both simple and economical, is totally autonomous, requiring no connection to the water network or electricity, and has no equivalent on the market. The fact that it uses a simple, mechanical process to eliminate bacteria and viruses is a real asset. Why call into question this process, which has proved its worth for many years?

The decision to ban it, apart from the fact that it is without any factual scientific reason, but purely administrative, even biased, would put us in a very difficult financial situation and deprive thousands of users (we currently have over 30,000 customers in Europe) of the possibility of continuing to filter their water. What's more, it would sow doubt in people's minds and encourage Berkey®'s competitors, whose systems are so much less efficient - and in some cases ineffective - to market their devices... Instead of reassuring consumers of water filtration devices, this would, on the contrary, have a deleterious and counter-productive effect.

That the EPA has set up nomenclatures designed to protect the public and the environment from dangerous chemical devices (fertilizers, agricultural pesticides, etc.) by classifying them as pesticides is entirely understandable. To include Berkey® water filters in this category, through this nomenclature, by emphasizing that these devices eliminate viruses and bacteria, makes no sense to us.

We do not understand this decision to withdraw from the market the most efficient and economical purification system on the market, or to force it to be reclassified as a simple water filter, when it is efficient, adopted by millions of users worldwide, acclaimed by so many people and presenting no danger whatsoever, neither to consumers nor to the environment.

We sincerely hope that you will consider our testimony, and in all partiality, reconsider the EPA's decision, which is both unfair and potentially dangerous for all Berkey® system users worldwide...

Yours respectfully

| 26216 | **Dear Honorable Judge:** |
|---|---|
| | **I have been selling the Berkey products since 2008, for 15 years on-line, and absolutely love their products, as do my customers. I have built a wonderful and loyal customer base, customers that I love, who come back year after year for replacement items for their Berkey Systems. This has been a wonderful business in which many of my customers mention how they couldn't do without their Berkey's and many purchase additional Berkey's as gifts for their family, friends and for traveling in their RV's, etc.** |
| | **This year, 2023 has been absolutely heartbreaking, sales have nearly dried up, and for a while, I was in the dark as to why. Hearing about the EPA's actions and negative publicity have been devastating. I've never once heard back from a customer in 15 years that anything has harmed them, nothing but high praises for the Berkey products. I offer free returns, and almost never find that anything is returned in an entire year, it is very rare.** |
| | **I cannot understand how the EPA stands justified in destroying a manufacturer, its dealers and businesses, that are of the highest integrity, which have a long list of continuous testing over the years, and open to public viewing if there are questions, on their website. The EPA's actions have negatively impacted my business, customers and the Berkey brand.** |
| | **Please, Honorable Judge, I would ask that you grant an injunction to put a pause on the EPAs actions. Thank you...** |
| 26200 | **Customers have a great deal of trust in Barky. Why would you try to prevent that? Consumers make their purchases based on their own judgment, even with many other products available.** |
| | **For those purchasing with considerations like disasters in mind, this current situation is a setback and it also affects businesses that operate modestly.** |
| | **This is a matter of freedom of choice, and shouldn't consumers be the ones to judge reviews? Thank you.** |
| 26196 | **We sell health products, healthy food and drinks in our cafe. Berkey filtration removes most pharmaceuticals, heavy metals, toxins, chlorine and most of the fluoride in our city drinking water which our customers want. When we had power outages and a water main broke we weren't concerned about water safety because we run all drinking water through the Berkey system. Peace Corp workers have depended on Berkey for years to drink pure water overseas. Its hard to believe the filters are considered toxic because they remove toxins! If this is true, then all water filtration products should be removed from the marketplace, many of which are carbon based. We know that Berkey does 3rd party testing and has not determined any toxicity within the filters.** |
| | **Not being able to buy replacement filters will affect our cafe business and our customer base because it already has when they weren't available this past year.** |

| | |
|---|---|
| 26188 | Since 2013, I have had the privilege of distributing Berkey water purification systems across Europe in collaboration with New Millennium Concepts, Ltd. (NMCL).<br><br>Customer Trust and Satisfaction<br><br>Over the years, tens of thousands of European customers have come to rely on Berkey for their water purification needs. The product has been universally acclaimed, with customers praising its efficacy in not only improving water quality but also their overall health and well-being.<br><br>Humanitarian Efforts<br><br>In 2021, Berkey systems played a crucial role during the floods in Belgium, enabling our customers to help their neighbors by providing clean drinking water. Additionally, we donated a Crown Berkey system to the Madagascar-based NGO "My Rediscovered Forest," significantly reducing waterborne illnesses among local workers.<br><br>Economic Impact<br><br>My professional life for the past decade has been dedicated to Berkey. I have created employment opportunities and a network of 150 independent sellers, many of whom rely heavily on Berkey sales. In total, Berkey constitutes 90% of our business revenue.<br><br>Adverse Consequences of EPA Actions<br><br>The EPA's recent actions in the United States have already had a detrimental effect on our business in Europe. A main competitor initiated a defamation campaign against Berkey, forcing us to invest time and resources to correct the misinformation. The EPA's decision to curtail information about Berkey's ability to remove biological contaminants has been nothing short of catastrophic, both for our trusted customer base and for individuals seeking the most effective and secure potable water solutions.<br><br>Conclusion<br><br>Should Berkey products become unavailable, the livelihoods of five full-time employees and dozens of independent sellers would be at risk. Furthermore, our customers would be forced to resort to less effective and more expensive water purification methods. It would essentially mean the end of our business, which has thrived on the unparalleled effectiveness of Berkey products.<br><br>I earnestly request your consideration of these facts and thank you for your attention to this critical matter. |
| 26179 | Your Honor,<br><br>We are a small business that sells Berkey products. The EPA's recent actions have hurt us severely, in multiple ways. We stand by the Berkey technology and this manufacturer has always been a model of integrity and transparency. Our sales have been severely restricted due to Amazon making arbitrary decisions regarding our most important listings. This is a direct result of the EPA's pressure. Our products have been stuck at Amazon warehouses and unnecessarily restricted for sale. We have also had to spend inordinate amounts of time fielding inquires from concerned customers. We please with you to allow this injunction. It will enable us to continue to sell Berkey products to the American people and throughout the world, and purified water is meeting a basic need. Thank you. |

26173

Our team has been successfully working with the Berkey Water Filter company since the very inception of our business in 2010. Over the years, we have witnessed first-hand as thousands of customers enjoy their Berkey Water Systems. Our customers have often taken the time to leave countless positive reviews of the Berkey products online. We have been continuously impressed to hear about the tremendous impact that Berkey products have had on the lives of consumers at their homes and businesses as well as while traveling, camping, and living overseas. Most recently, we were touched to hear about how Berkey helped a desperate husband and wife get access to clean water while dealing with the devastation of the East Palestine, Ohio train derailment. We were also inspired hearing about how Berkey recently came to the aid of a family in Hawaii in need of clean drinking water while suffering from the massively destructive fires on their island. Our business partnership with Berkey has allowed us to create numerous local jobs as we worked closely with Berkey for over the past decade to properly reflect their brand's vision. There is an idiom in the bible known as "Tikun Olam," which translates to "repairing or healing of the world." We couldn't possibly think of a more fitting term to describe Berkeys mission. They are a unique company that is positioned to make the world a cleaner, safer and better place to live.

The EPAs actions, expansion of rules, and re-interpretations of FIFRA have hurt the customers who need access to clean and safe water. These challenges have forced those in need to obtain low quality products from non-reputable and unreliable sources. In doing so, those most vulnerable are subject to dangerous, polluted, and poisonous alternatives that will ultimately put their health and lives at risk. Moreover, there has been a tremendous increase in the number of water bottles released into the environment as well as a burden on buyers who are left with no choice but to spend hard-earned funds on a far inferior product in a time of financial hardship when so many are struggling to keep up with surging inflation.

The EPA has caused panic and confusion and should reconsider their actions and the consequences of such actions on customers, distributors, and the employees of Berkey who dedicate their lives to providing the world with top quality water filtration products.

Furthermore, the circumstances created by the EPA's actions have adversely affected our business. Our sales have been hurt by the EPA's slandering of Berkey's reputation of excellence that they worked so hard to achieve. We strongly urge the Court to grant an injunction, so that we will not sadly be forced to lay off employees and downsize our family-owned business in light of the negative impact we have faced. In addition to the layoffs, we will be forced to put a hard stop toward the funding of our employees' pension plans as well as eliminate our company's charitable contribution program. Meanwhile, the EPA has been immune from accountability while they single-handedly attempt to destroy Berkey's brand and, in turn, small businesses like our own.

Given that there are no credible claims of Berkey ever harming anyone, we respectfully request that the Court issue an injunction to put a pause on the EPAs actions and lift the SSUROs until a comprehensive investigation and full proceedings of the case can go forward to resolution. We are baffled by the undeserved target on Berkey's back as well as the unfair "guilty until proven innocent" treatment that they have received. The EPA's single goal is to unleash a negative smear campaign in an attempt to remove Berkey from the water filtration marketplace.

If Berkey products become unavailable in the future, our business, our customers, and the general public will undoubtedly suffer irreparable harm in the absence of an injunction. Accordingly, we ask the EPA to reconsider its actions and we respectfully urge the Court to grant an injunction.

Thank you for your consideration.

26172

As a reseller of Berkey products I can say that our experience is that consumers are confused and we are having a hard time explaining what the actual problem is.  The EPA has not identified any issues with the filters or systems.  The EPA changed the categorization of the products which has confused consumers.  The EPA is a highly respected agency and when they make a change it is implied that there was a problem, if there was not a problem then why the change?

The EPAs actions have created confusion in the market place.  It is perplexing why the EPA would make such a change without first working with and consulting with the manufacturer of the Berkey products in an effort to come to a solution that benefits the end consumer.  The haphazard way that the EPA made such a significant change without considering the impact of it's actions greatly diminishes and tarnishes the EPAs reputation.  In the end not only are the businesses that resell Berkey products effected but the end consumer is the loser.  The end consumer is confused as a direct result of the EPAs actions.  What is the impact to the end user?  The answer is that they are scared to purchase water filtration products that clean their drinking water.  I doubt this was the EPAs goal however it is the result.  Especially since they have an entire division devoted to "clean air and water".

Since the EPA did not consider the ramifications to the end consumer and potential damage to the consumers health, nor did the EPA consult and work with the manufacturer of the products then it is therefore a duty of the court to issue an injunction to pause the EPAs actions/rulings until a thorough investigation is done and a definitive result is obtained, only then would it make sense to issue any changes from the EPA.  How about we start with an innocent until proven guilty approach, I realize they are an agency and not within the judicial branch of the government but the same principle should still apply.

As a side note, due to the EPA's actions our sales are down 80% this year from last year.  We have had to fire employees and are about to close down our business.  The EPA is harming consumers and businesses with their haphazard actions.

26171

Dear Judge,

I hope this letter finds you well. I am writing to express my deep concerns regarding recent developments that have had a significant impact on my business as a Berkey dealer for the past eight years.

During my time as a Berkey dealer, I have had the privilege of serving thousands of consumers who have come to rely on Berkey water filters for their clean and safe drinking water needs. Over these years, I have not received any complaints about the quality or effectiveness of these filters. They have become a trusted and essential product for many of our customers.

However, a recent development from the EPA has introduced new requirements for Berkey water filters, resulting in the removal of some important claims, including those related to biological contaminants, test results, from the website and packaging. This sudden change has caused confusion among our customers, leading some to question why these valuable benefits were removed. Regrettably, this has also resulted in the cancellation of numerous orders, leading to a loss of sales for my business.

For many of our loyal customers, discontinuing the use of Berkey filters is not a viable option. They have relied on these filters for years to ensure access to clean and safe drinking water. Unfortunately, due to the recent stop sale order, we are facing a critical shortage of inventory, making it impossible for us to provide our customers with the essential water filters they depend on.

This situation is not only causing hardship for our customers but also affecting me and my business tremendously. If Berkey is unable to supply us with more inventory promptly, my business faces the risk of significant harm.

I kindly request that you consider the needs of the thousands of individuals who rely on Berkey water filters for cleaner and fresher water, as well as the retailers like me who strive to provide them with this essential product.

26170

To the Honorable Judge,

I am writing to express my heartfelt concern regarding the recent actions taken by the Environmental Protection Agency (EPA) and their potential impact on the availability of Berkey water filter systems. Over the last few years, Berkey has been a pivotal part of my life as it has been the primary source of clean water for my family both at home and on the go. Not only has it had a positive impact on my loved ones, but I have also received overwhelming positive feedback from friends, customers, and the broader community on how invaluable this product is to their daily lives.

As someone deeply invested in the well-being of others, I find myself questioning whether the reinterpretations of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) will ultimately serve to protect people or inadvertently cause them harm. It is important to highlight that Berkey systems have never caused harm or damage to anyone. On the contrary, they have consistently proven to be a reliable and trusted source of clean water for thousands of individuals. It is my sincerest hope that a resolution can be found that allows us to continue to provide this fantastic product to those who need it most.

The potential removal of Berkey products from the market would not only be a significant loss for dealers and consumers who have come to rely on its unmatched quality, but it would also force many small businesses, including my own, to close their doors. This outcome would be devastating for all involved and would result in irreparable harm to both my business and the customers we serve.

In conclusion, I humbly request that the court consider the immense positive impact that Berkey water systems have had on the lives of so many, and the detrimental effects that would result from its unavailability. It is of the utmost importance that an injunction be issued to pause the EPA's actions and lift the Stop Sale, Use or Removal Orders (SSUROs) until a comprehensive investigation and full proceedings of the case can go forward to resolution.

Thank you for your consideration.

26169

Weve been selling Berkey water systems for more than 13 years.  Over the course of that time, these systems have done an amazing job for our customers to purify their water from many harmful contaminants.  Over our entire time of selling them, we've never had a single instance of the filters or systems causing any harm to a customer.  They only help.  With all that the EPA has been doing, though, it has been extremely detrimental not only to us, but to our customers as well.  The added regulations and requirements that the EPA has imposed have cause supplies to become unavailable, costs to increase, and customer to become frustrated. The alleged rationale is that the filters are some sort of pesticide or pesticide device, which is completely idiotic.  The filters simply do that, they filter out bad stuff from the water. They don't harm anyone.  They simply take water that someone was already going to drink, had not the Berkey been available, and then make it better by removing harmful things.  There is no reason that these (or anything like them) need to fall under any sort of EPA regulations.  The EPA's overreach negatively affects both us, as a business, and the customers we sell to by interfering and restricting them unnecessarily from having access to this product. The world is not in a better place because of the EPA in this case.

| 26167 | We are one of Berkey's largest dealerships in business for the past 15 years, and prior to being a dealer, we were also a user for 5 years.

We are very disheartened to see that the EPA is continuing to pursue action against Berkey with its classification of the Berkey products as a pesticide. We've served over 250,000 customers over the years and are proud to say we've only received positive feedback from our customers regarding performance, water taste, etc..

We've written close to 800 articles over these 15 years trying to educate visitors regarding water safety, the dangers of ingesting chemicals and contaminants in water, disaster preparedness, water infrastructure upgrades, and overall body health.

To now see the EPA target a company and its dealerships, when the product has only proven to help customers and not harm is alarming. We ask that an injunction is granted so that we may continue to serve our customers and operate our businesses as we have in the past until this gets resolved in court.

The manufacturer and its dealer base is more than willing to cooperate with the EPA, however, to force a stop of manufacturing and selling of Berkey systems while this gets argued out over 1-3 years or more, will put this company and its entire dealer base out of business. |
|---|---|
| 26163 | I request your urgent support regarding the recent decision by the United States Environmental Protection Agency (EPA) to re-classify Berkey Water Filters as pesticides. As a dedicated dealer of Berkey products, my business relies entirely on selling these trusted water purification systems, and the EPA's classification has had profoundly negative repercussions for my livelihood and our customers' well-being.

Berkey Water Filters have long been recognized for their exceptional quality and effectiveness in providing clean and safe drinking water to countless households. This abrupt re-classification by the EPA has disrupted my business, jeopardizing revenue and our loyal customers without access to reliable water purification solutions.

It is crucial to emphasize that Berkey Systems has an impeccable safety record, having never caused harm to anyone. Instead, they have consistently contributed to improving public health by safeguarding against waterborne contaminants.

I respectfully request your consideration in granting an injunction to temporarily suspend the EPA's actions and lift the SSUROs in place, enabling a comprehensive investigation and a fair resolution of this matter. Such an injunction is vital to protect my business and ensure that individuals and families can continue to benefit from Berkey Water Filters.

In closing, I implore you to recognize the seriousness of this situation and its impact on my business and public health. An injunction is necessary to restore stability and confidence in my business and the many households relying on Berkey Water Filters.

Thank you for your time and consideration. |

26161

Dear Sir/Madam,

I have been an authorized Berkey dealer since 2011 and my business has grown through the years solely by word of mouth. I believe word of mouth and therefore satisfied customers are the basis of any successful business. I started the business because I had bought a Berkey myself. I was so impressed by the Berkey that after a few months of use I approached NMCL and asked if they were looking for dealers to sell their products, they said yes go ahead. Starting from my study and with no prior internet experience I built a website, 6 months later it went live and slowly but surely the business has grown year on year. From a few sales per month in the first year or so to a fully professional web shop employing 2 people full time. Many of my customers have become dealers themselves and in such a manner Berkey has become a trusted brand in water filtration.

I can attest to the quality of the Berkey products by the fact that I rarely hear from people after they have bought a Berkey except when they need to replace their filters. Also, if you look at the reviews on our website, which are collected by an independent review site from people who have actually bought a Berkey from us, the reviews are overwhelmingly positive.

I view the actions of the EPA against NMCL as a bureaucracy run amok and no longer serving the public good but actively and vindictively causing public harm. To what end? In my understanding the role of the EPA is to protect the citizen against environmental harms caused by corporate malfeasance. Since the Berkey filters have been developed to protect people from the harms of polluted or unsafe to drink water I see no logic in the EPA's actions. Common sense dictates that since the Berkey filters provide a good to the customer and the EPA is attempting to curtail the sale of Berkey filters that the EPA is therefore causing the public harm. The EPA is doing the opposite of their appointed role.

If the EPA were to succeed in their crusade against NMCL and Berkey products were no longer available due to their actions my business would fail and thousands of my customers would not be able to continue using their Berkey in the future and have access to clean drinking water.

Yours Sincerely
A concerned Berkey dealer

26159

Your Honor,

As a representative of [Company Name], I wish to express our deep concern regarding the recent actions taken by the Environmental Protection Agency (EPA) against the Berkey Filtration brand and the classification of Black Berkey filters as pesticides. This situation has led to a series of adverse effects on our company and its clients, as well as on the overall economy.

Over the years, [Company Name] has had the privilege of distributing Berkey Filtration products, water filtration systems renowned for their exceptional quality and effectiveness. We have witnessed the numerous benefits these products have brought to our clients, both in terms of health and peace of mind. The confidence we have placed in Berkey products stems from their ability to provide clean and safe water, in turn enhancing our reputation as a trusted supplier.

However, the actions of the EPA, particularly the controversial classification of Black Berkey filters as pesticides, have created unsettling uncertainty. In these economically fragile times, where many businesses struggle to maintain operations, such measures can result in serious consequences for the economy as a whole. Our company is no exception. We are already feeling the negative impacts of this situation on our operations and revenue.

Beyond the economic impact on our company, the contentious classification of Black Berkey filters has direct repercussions on our clients. Many of them have chosen [Company Name] for the quality and reliability of the products we offer, including Berkey systems. If these products were to become unavailable due to EPA actions, our clients would lose the ability to effectively filter their water and safeguard their own and their family's health.

Your Honor, we implore you to consider the critical importance of maintaining access to Berkey products for the well-being of our clientele and for economic stability. We urge the court to consider reversing the EPA's actions so that our clients can continue to benefit from reliable and proven water filtration solutions.

We sincerely thank you for your time and attention to this vital matter for our company, our clients, and the economy at large. We hope that your decision will reflect a balanced assessment of the societal impact and preserve access to essential products like those offered by Berkey Filtration.

26158

Dear judge,

Our French company has been offering Berkey water filters from NMCL since 2019.

Our team and our customers really appreciate these filters both for their efficiency and durability (22700 liters for each pair of Black Berkey filter elements).

Regularly, customers congratulate us and advise or offer these products to their friends and family, and send us tests they've had done by independent laboratories showing the quality of the filtration.

Over and above the quality of the products themselves, we are daily reminded of the seriousness and responsiveness of the NMCL team, as well as the constant efforts it makes to adapt accessories for more practical use.

Having read the documents provided by NMCL, in particular those showing all the efforts the company has made to comply with the EPA's demands, we really don't understand the situation and are very concerned for the future of NMCL and our company.

We also understand the difficult task you're facing, and just wanted to offer this testimonial in line with our convictions.

We really appreciate your request for an early briefing.

Yours sincerely

---

26157

Dear Judge

I have been selling Berkeys (part-time) for around 8 years and personally been using a Berkey filter system for almost the same amount of time. Had I been buying plastic bottled water I would have generated more than 11000 two ltr plastic bottles over 7 years. That is what one pair of black berkey filters can eliminate from the environment for a family of three. I personally have sold hundreds. The impact Black Berkey filters are having on the environment is huge. The actual plastic bottle is produced somewhere, shipped, filled and then the user has to travel to and from the store to purchase it. That's crazy.

Black Berkey filters are one piece of the jigsaw puzzle to solving the environmental problems we are facing. Classifying these filters as pesticides would be a big mistake. Please consider issuing an injunction. Together we can make a difference.

| 26156 | What the EPA has done with reclassification is just a play on words. Berkey filters are not pesticides. "Cide" means killer. The Berkey filters filter out contaminants, and yes viruses too. The filters do not "kill" the viruses.<br><br>By affecting or essentially stopping the production of these filters due to inaccurate classification, many people will be harmed. We are an off-god company in Ontario. Many of our customers live in the bush and use water from shallow dug wells that easily become contaminated after heavy weather. These folks depend on Berkey filters to keep them from getting infected with various water borne bacteria and viruses such as giardia and e-coli to name a couple. The health of folks like this actually depends on these filters.<br><br>Others such as hikers and campers are also assured they are drinking good healthy water when camping with their smaller Berkey systems.<br><br>There is a financial advantage to the Berkey systems too. If someone has a well that is not providing healthy water, or lives in the bush without a well, digging or drilling for water is terribly expensive and out of reach of some, forcing them to drink bottles water or bad water.<br><br>On a personal note, our son has 3 little boys and a cottage with a dug well. The kids were having GI upsets and feeling sick after drinking that water. I gave him a Crown Berkey with 6 filters and he uses that for all water that enters their bodies - even brushing teeth. No one has been sick since.<br><br>And to the point of bottled water. Let's get folks off this bad habit of buying water in plastic. (As if we don't have enough plastic in the environment - a whole other issue). Berkey filtered water is so much better than bottled, keeping all the very important minerals in the drinking water, and no micro plastics.<br><br>All these points I mentioned will be affected by the reclassification. It does no good to do this and actually causes harm. |
|-------|---|
| 26151 | OUR ACTIVITY IS BASED ON THE SALE OF BERKEY WATER PURIFIERS. WE HAVE A HUGE WATER QUALITY PROBLEM IN NEW CALEDONIA. THEREFORE WE SELL A LOT OF BERKEY FILTERS. HE. IS INCONCEIVABLE that you can no longer sell them.<br><br>It also puts our society at risk. We will have to lay off staff or perhaps close our company.<br><br>We have a great demand for water filters. |
| 26150 | Berkey has always been a world leader of quality filters. They have been tried and tested and are the favored filters for thousands of family's worldwide.<br><br>To stop their production cuts the world off from a proven safe method of water filtration unduly |

| | |
|---|---|
| 26149 | We are a Canadian based dealer for Berkey Water Systems.<br><br>Before I was a dealer for Berkey Water Systems, my family were loyal Berkey customers. I was so impressed with our own Berkey Water Filter System that I inquired about becoming a dealer. I was delighted when Berkey approved our application to sell Berkey products in November of 2017. Since that time, and up until the writing of this letter, we have  sold over $4 million (CAD) in Berkey products. Over that time not a single person's health was negatively impacted by using the Berkey Water filter systems that we sold them. Our loyal customer base is confident that their Berkey system provides them with safe and healthy drinking water.<br><br>The EPA's unconscionable new regulations will put us out of business. The EPA will eliminate our only source of income.<br>Our loyal Berkey base of customers  will be denied the healthy benefits that come from using our specific filters.<br><br>We have such a wonderful product and I need you to know that.<br><br>Plus, Berkey filters are manufactured in the United States which provide jobs and has other spinoff benefits for the American people.<br><br>All I ask is be logical and fair in your decision.<br><br>Thank you for your consideration. |
| 26148 | I have been selling the Berkey Systems since 2019. Over the last year there has been a dramatic decrease in the amount of sales I have had on this product due to the misleading information that is being distributed in the media and online. I've personally used a Berkey for 4 years now and filter treated and untreated water in it and have never experienced any harmful effects. In fact, this product is indispensable in my daily life and the life of my customers. I run a retail store that caters to people who choose to live off-grid, which I am one of them. I have encountered customers who have been using Berkey Systems for over 10 years without any adverse effects. In fact, these customers only have praise for the product and how it has positively impacted their life by allowing them access to clean drinking water. Those who choose to live off-grid rely on this product for clean water because it does not use electricity. If this product was removed from the market tomorrow it will affect thousands of people's ability to obtain clean drinking water. It would affect my ability to obtain clean drinking water. It would affect my business greatly because I would no longer be able to provide a trusted and well-known product to my customers. If there is question about the efficacy of this product then additional testing should be done to prove that it is in fact hazardous or harmful and that burden should be on the plaintiff to prove using multiple independent testing facilities. |
| 26147 | I stock a large inventory of Berkey products and I use them myself. It will be a real problem for me if the government tells my  customers not to buy these excellent filters. |

| | |
|---|---|
| 26145 | The Berkey water system provides multiple benefits for customers i.e. improved water quality, health benefits, better taste, cost savings, environmental impact, etc.<br><br>IMO the EPAs actions, expansions of rules and re-interpretations of FIFRA is an extreme overreach and not even close to being in the best interest of people. It is harming NOT helping.<br><br>If this injunction is not granted it would be very detrimental to my business by way of a huge decrease in sales revenue as Berkey Water systems are a main part of my businesses revenue streams.<br><br>There is much more harm that would incur should an injunction not be granted given the fact that Berkey systems only do good and have never hurt anyone. There is no safety issue to be concerned with. |
| 26144 | To the Honorable Judge,<br><br>I am writing to express my heartfelt concern regarding the recent actions taken by the Environmental Protection Agency (EPA) and their potential impact on the availability of Berkey water filter systems. Over the last few years, Berkey has been a pivotal part of my life as it has been the primary source of clean water for my family both at home and on the go. Not only has it had a positive impact on my loved ones, but I have also received overwhelming positive feedback from friends, customers, and the broader community on how invaluable this product is to their daily lives.<br><br>As someone deeply invested in the well-being of others, I find myself questioning whether the reinterpretations of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) will ultimately serve to protect people or inadvertently cause them harm. It is important to highlight that Berkey systems have never caused harm or damage to anyone. On the contrary, they have consistently proven to be a reliable and trusted source of clean water for thousands of individuals. It is my sincerest hope that a resolution can be found that allows us to continue to provide this fantastic product to those who need it most.<br><br>The potential removal of Berkey products from the market would not only be a significant loss for dealers and consumers who have come to rely on its unmatched quality, but it would also force many small businesses, including my own, to close their doors. This outcome would be devastating for all involved and would result in irreparable harm to both my business and the customers we serve.<br><br>In conclusion, I humbly request that the court consider the immense positive impact that Berkey water systems have had on the lives of so many, and the detrimental effects that would result from its unavailability. It is of the utmost importance that an injunction be issued to pause the EPA's actions and lift the Stop Sale, Use or Removal Orders (SSUROs) until a comprehensive investigation and full proceedings of the case can go forward to resolution.<br><br>Thank you for your consideration.<br><br>Sincerely, |
| 26143 | Berkey products are our main source of business this will be devastating to us. |

26142

The Berkey Brand has not only helped our company grow to a point where we are able to provide 8 employees and their families full-time jobs, it has also helped countless families drastically improve the quality of water they are able to have in their homes, or even when they on vacations and go camping. In our state, there has been an on-going issue with PFAS and PFOS in the drinking water. The Berkey filtration systems have afforded thousands of households a reasonably priced solution to help clean up their drinking water.

The water filtration options on the market are slim. Reverse Osmosis is fantastic, BUT not very many families can afford to pay thousands of dollars to have a RO system installed in their houses. The next best option (by far) is the Berkey Systems. The Berkey brand is an outstanding, affordable option that most families can afford to get. If Berkey was NOT available to the masses, most families who cannot afford RO, would be forced to settle for counterfeit or even Chinese branded filters that do not go through the same testing protocols, thus allowing families to drink water that isn't filtered as it should be.

We feel the EPA is not looking out for the betterment of the people. It feels like they are focusing on a technicality (which doesn't make sense) and in turn, taking away a great, useful product to clean drinking water for so many men, women, and children.

We need to get back to using common sense when making rules. Common sense here (in my humble opinion) would be, to allow families to have access to the Berkey branded water systems.

Thank you for taking the time to read this and let's move forward and get back to focusing on clean water.

26139

Our family first purchased a Berkey water filter system in 2006.  We have since used a Berkey in our personal home since then.  That's 17 years.

We loved the product so much that we became Berkey affiliates in 2006 and then became Authorized Berkey dealers shortly after.

Our family has served thousands of customers and the income has provided for us for many years and has helped us in very tight economic situations.  Without our Berkey income we would have been struggling mightily.

It's shocking what the EPA is doing to Berkey in regards to these new rules imposed upon them.  Not only the Berkey manufacturer but to the countless Authorized Dealers around the world depending upon Berkey sales to help their families live.

It's our family's opinion that this expansion of rules is hurting many hard-working people.

It's shocking to know that there are those within the EPA who want to not allow Berkey to provide our verified test results and at the same time there have been out of nowhere YouTube videos and "influencers" on social media touting the same lines that the EPA is using.

These actions have hurt our family's sales in the tune of -57%.  Because of the EPA's actions which is confusing millions of people in the USA alone, website traffic is down 59%.  Orders are down 51%.  Our family's ability to pay business bills and personal bills is decreasing daily.

If there is no injunction our family will go out of business and the website we've spent many years and many dollars on will collapse and go away.

If there is an injunction our family will continue to offer a wonderful and perfectly good water filter system to those around the world needing better water.

Product has already become unavailable which is already hurting our family and irreparable damage has been done via bad actors on social media.

Our family has been loyal to Berkey and it's customers since 2006 and would appreciate the ability to once again sell Berkey systems so our family can pay bills.

Sincerely,

| 26138 | Dear Your Honor, |
|---|---|
| | We started selling the Berkey line of products on our own website in early 2020. Since then we have been fortunate to build a loyal customer base who rely on us to provide Berkey products and to deliver them quickly. |
| | It has been an extremely difficult year for our business. We have practically been closed since January and our funds have all but dried up. |
| | We used our reserve of funds to keep our employees employed. It has been a struggle, but thankfully we have been able to do it. If we are unable to get back to business fully, we will not be able to sustain this and will need to close up shop. |
| | That would be devastating to our employees as well as our customers, with whom we've been able to build a real community. |
| | We hope that this case clears up asap and that we can continue doing what we love, selling these wonderful Berkey products. |
| | Thank you! |
| 26137 | I have been a user of Berkey products for over 10 years and we have been selling them as part of our business for about 5 years. |
| | We have loved the quality and we loved that we could comfortably recommend Berkey filters to our customers because of the quality, reliability and excellent filtration. |
| | Prior to the EPA regulations we could hardly keep items in stock. Now we are sitting on inventory and it is more difficult to sell. We won't go out of business as a result of this, but we are taking a big hit. Berkey is one of our big products that we like to sell and now without them we struggle to supplement that with other things. |
| 26136 | Dear Judge, |
| | We've been selling the Berkey for roughly four years, and it has been one of our most important vendors. |
| | Since early 2023 our sales have dramatically dropped! Our customers are questioning every single item ten times over. |
| | We have only been forced to lay off a few workers (which we did out best to avoid). If this doesn't ease up soon we will unfortunately need to let others go as well. We would hate for that to happen. |
| | Please do all that you can to allow us to get back to business. |
| | Thank you! |

| 26135 | Your honor,

We've been selling Berkey products for a long time now and it is a significant portion of our revenue. Our customers love the products and we're thrilled to carry them,

Since the EPAs suit we've seen a major drop in our Berkey revenue. Customers are suddenly scared to use the same products they've been using for so long!

If this continues, we will unfortunately be forced to lay off a good amount of our employees, which we've been trying to avoid for so long.

We are begging you allow us to get back to doing what we love, providing wonderful products to our customers.

Thank you! |
|---|---|
| 26134 | Your honor,

I understand and respect the weightiness of your decision as you read through our testimonies. As a dealer of Berkey since 2017 I have been a proud representative of the products, knowing that not only do they  produces clean water, but they give reliable and predictable contaminant free water for our customers no matter where they live in the USA. This has been a huge help to people who live in Flint, Michigan along with those who've been affected by hurricanes and other natural disasters when they are displaced from their homes.

http://www.sight.org/ that I recently have started working with is a charity that helps people receive cataract surgery in Togo Africa uses the Berkey to clean its water before surgery.

If these actions are enforced upon Berkey, not only does it stop individual humans from having a choice and how they clean their water and remove contaminants, it also adds harm to my own personal family. This is how we make a living and how we provide for our employee's families. This how we put food on our table to provide for our two and soon to be three children.

I hope that you can see that Berkey is not just a product and a commodity to receive a profit from but an actual tool to help improve people's lives in America and around the world.

Thank you for your time and we pray that all your decisions are weighed accordingly and justly. |
| 26133 | These claims and EPA issues have drastically affected our sales and overall business. The claims against the Berkey products and classification as a pesticide or products similar is flat out ridiculous and unreasonable. We are hopeful the EPA can use common sense and lift all holds allowing us to get back to offering systems and filtration. |

# BERKEY INTERNATIONAL, LLC
## Profit & Loss Prev Year Comparison
### May 9 through September 1, 2023

Case 4:23-cv-00826-P   Document 20-1   Filed 09/05/23   Page 31 of 31   PageID 1677

|  | May 9 - Sep 1, 23 | May 9 - Sep 1, 22 | $ Change | % Change |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| **Sales** | | | | |
| **BERKEY** | 0.00 | 15,119,950.29 | -15,119,950.29 | -100.0% |
| **BERKEY REPLACEMENT PARTS** | 0.00 | 957,343.00 | -957,343.00 | -100.0% |
| **Total Sales** | 0.00 | 16,077,293.29 | -16,077,293.29 | -100.0% |
| **Total Income** | 0.00 | 16,077,293.29 | -16,077,293.29 | -100.0% |