UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| JAMES SHEPHERD, et al., § | |
|    *Plaintiffs,* § | |
| v. § | CIVIL CAUSE NO. |
| § | 4:23-cv-826 |
| ENVIRONMENTAL PROTECTION AGENCY, et al., § | |
|    *Defendants.* § | |

**PLAINTIFFS' RESPONSE TO THE COURT'S INTENT
TO ADVANCE TO DETERMINATION ON THE MERITS**

Plaintiffs herein respond to the October 25, 2023 Order ("Order", Doc. 30) regarding the Court's notice of its intent under Rule 65 to advance Plaintiffs' request for an injunction to a full determination on the merits and ordered the parties to file their objections to that intention no later than November 6, 2023.

Plaintiff asks that the injunction be granted if the Court is unable to schedule the advanced determination expeditiously.

Plaintiffs recognize that the Order inherently indicates that the question of standing has been resolved, but asks for that clarification to ensure that, if a hearing is necessary, the parties spend their time before the Court only on those issues which have yet to be adjudicated.

      Respectfully submitted,

      */s/Warren V. Norred*
      Warren V. Norred, Texas Bar Number: 24045094
      warren@norredlaw.com
      Norred Law, PLLC; 515 E. Border St.; Arlington, TX 76010
      (817) 704-3984 (Office); (817) 524-6686 (Fax)
      *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on Friday, November 6, 2023, I filed this reply with the Clerk of the Court through the ECF system, which will send notification of such filing to the following by email to Andrew Coghlan, Shari Howard, and Mark Walters, at the addresses shown below:

TODD KIM
Assistant Attorney General Environment & Natural Resources Division
Andrew Coghlan (CA Bar. No. 313332)
Shari Howard (IL Bar No. 6289779)
Mark Walters (TX Bar No. 00788611)
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611; Washington, D.C. 20002
Tel: (202) 598-9407
Fax: (202) 514-8865
andrew.coghlan@usdoj.gov
shari.howard@usdoj.gov
mark.walters@usdoj.gov
*Attorneys for Federal Defendants*

I am serving this Reply to the individual defendants through the EPA's counsel:

Christine Tokarz, FIFRA Inspector, EPA, Region 8, tokarz.christine@epa.gov
David Cobb, Section Supervisor, Region 8, cobb.david@epa.gov
Carol Kemker, Region 4, kemker.carol@epa.gov
Keriema Newman, newman.keriema@epa.gov

*/s/Warren V. Norred*
Warren V. Norred