UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JAMES SHEPHERD, ET AL.,**

   Plaintiffs,

v.                                     No. 4:23-cv-00826-P

**MICHAEL S. REGAN, ADMINISTRATOR
OF THE ENVIRONMENTAL PROTECTION
AGENCY, ET AL.,**

   Defendants.

# FINAL JUDGMENT

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order on this same day (ECF No. 32), this case is **DISMISSED**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **17th day of November 2023.**

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE